| | | | |
|---|---|---|---|
| Gadson v. Pennsylvania Bd. of Probation and Parole | 09/28/2015 | 115 WAL (2015) | Denied |
| Gehan v. Pennsylvania Bd. of Probation and Parole ... | 10/07/2015 | 457 MAL (2015) | Denied |
| Hadid v. Unemployment Compensation Bd. of Review | 10/07/2015 | 345 MAL (2015) | Denied |
| Hartline v. Public School Employees' Retirement Bd. ... | 10/14/2015 | 138 MAL (2015) | Denied |
| Hayes v. Pennsylvania Bd. of Probation and Parole ... | 10/13/2015 | 125 MAP (2014) | Denied | No. 344 MD 2014 |
| Liberty Manor Personal Care Home v. Department of Public Welfare; The Penn Care Group, Inc., In re | 10/14/2015 | 187 WAL (2015) | Denied |
| Lichtman v. Nutter | 09/30/2015 | 348 EAL (2015) | Denied | No. 210 CD 2015 |
| Murphy v. Pennsylvania State Police [8] | 11/03/2015 | 233 WAL (2015) | Denied |
| Stark v. Peoples Natural Gas Co., LLC ............. | 10/07/2015 | 234 WAL (2015) | Denied | Pa.Cmwlth., 116 A.3d 760 |

8. Reconsideration Denied December 7, 2015.